UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| TANGLE, INC., <br><br> Plaintiff, <br> v. <br><br> JOHN W. CARPENTER, <br><br> Defendant, | CASE NO.: 4:20-cv-644 <br><br> (Formerly in the Superior Court of California, County of San Mateo, Case No. 20-CIV-00327) <br><br> NOTICE OF REMOVAL |

The Defendant, John W. Carpenter, hereby remove Case No. 20-CIV-00327) from the Superior Court of California, County of San Mateo, to the United States District Court for the Northern District of California, Oakland Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and as grounds for its removal states as follows:

STATEMENT OF THE CASE

1. On January 16, 2020, Plaintiff Tangle, Inc. filed a complaint in the Superior Court of California, County of San Mateo styled Tangle, Inc. v John W. Carpenter, Case No. 20-CIV-00327 (the "State Court Action"). A copy of the Complaint is attached as Exhibit 1 hereto.

2. The defendant has not yet been served with the summons and complaint. There are no exhibits to the complaint.

3. The complaint purports to assert three causes of action, including: (a) Trial De Novo Pursuant to Cal. Bus. & Prof., Code, Section 6204; (b) Fraud; and (c) Assumpsit; Unconscionable Fees; Unjust Enrichment. Plaintiff's claims are based on the prior legal representation by the Law Offices of John W. Carpenter, LLC (a Louisiana limited liability

company) and an arbitration by the Law Offices of John W. Carpenter, LLC against Tangle, Inc., in which the full $116,494.83 sought against Tangle, Inc.

4. Plaintiff seeks damages, compensation for unjust enrichment, restitution, interest, costs of suit, and such further and additional relief as the Court may deem appropriate.

## DIVERSITY JURISDICTION

5. This Court has jurisdiction over this matter under 28 U.S.C. § 1332(a), because there is complete diversity of citizenship between the plaintiff and the defendant and more than $75,000, exclusive of costs and interest, at stake.

6. Plaintiff alleges that it is a California Corporation and that its principal place of business located in San Mateo County, Florida.

7. Defendant is an individual and citizen of Louisiana.

8. Because diversity exists and the amount in controversy exceeds $75,000, exclusive of costs and interests, this Court has jurisdiction under 28 U.S.C. § 1332(a).

## ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

9. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action which have been served on defendants are being filed with this Notice of Removal. These consist of the State Court Complaint, Summons, and Civil Case Cover Sheet.

10. This Notice of Removal has been filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

11. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the Northern District of California is the federal judicial district embracing the Superior Court of California, County of San Mateo, where the State Court action was originally filed. With respect to venue, this case is related to a complaint filed by The Law Offices of John W. Carpenter, LLC against Tangle, Inc., Case No. 4:19-cv-07127-KAW, pending in this Court in the Oakland Division, which is why defendant has chosen the Oakland Division in his removal papers.

## CONCLUSION

By this Notice of Removal, the defendant does not waive any defenses or objections he may have to this action. Defendant intends no admission of fact, law or liability by this Notice, and expressly reserve all defenses.

Dated: January 29, 2020.    Law Office of Victoria E. Brieant, P.A.

By: /s/Victoria E. Brieant
4000 Ponce de Leon Boulevard, Suite 470
Coral Gables, FL 33146
Tel.: 305-421-7200
Cell: 786-413-9026
Fax: 786-228-4015
mail: Victoria@brieantlaw.com

Attorneys for Defendant
John W. Carpenter

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2020, I will serve a copy of the foregoing NOTICE OF REMOVAL to:

JOSEPH EHRLICH – California Bar Number 84359
MARK R. MEYER – California Bar Number 238231
Losch & Ehrlich - Attorneys at Law
425 California Street, Suite 2025
San Francisco CA 94104
Telephone: (415) 956-8400
Facsimile: (415) 956-2150
Email: je@losch-ehrlich.com
Email: mm@losch-ehrlich.com

Attorneys for Defendant Tangle, Inc.

By: /s/ Victoria E. Brieant