UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANGLE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN W CARPENTER,<br><br>    Defendant. | Case No. 4:20-cv-00644-KAW<br><br>ORDER TO SHOW CAUSE TO BOTH PARTIES<br><br>Re: Dkt. Nos. 11, 13 |

## ORDER TO SHOW CAUSE TO PLAINTIFF

On March 3, 2020, Defendant filed a motion to dismiss. The case was reassigned to the undersigned on March 5, 2020, but reassignment does not alter the briefing schedule. Thus, pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was March 17, 2020.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before **June 17, 2020**, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendant may file a reply on or before June 24, 2020.

## ORDER TO SHOW CAUSE TO DEFENDANT

On March 5, 2020, the case was reassigned to the undersigned. (Dkt. No. 12.) The related case order explicitly provided that "any dates for hearing noticed motions are vacated and must be

1  re-noticed by the moving party before the newly assigned judge[.]" On March 6, 2020, a docket
2  entry was filed reminding Defendant that, pursuant to the related case order, the pending motion
3  must be re-noticed "before the newly assigned judge." (Dkt. No. 13.)  To date, Defendant has not
4  re-noticed the motion to dismiss.

5       Accordingly, Defendant is ordered, on or before **June 10, 2020**, 1) to re-notice the motion
6  to dismiss for hearing, and 2) to file a response to this order to show cause explaining why the
7  motion was not immediately re-noticed as twice directed.

8       IT IS SO ORDERED.

9  Dated: June 3, 2020

KANDIS A. WESTMORE
United States Magistrate Judge